**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ADENA WINSTON,

    Plaintiff,

v.                                  Case No. 08-cv-15252

ZALE CORPORATION, et al.

    Defendants.
                                       /

**ORDER GRANTING IN PART THE PARTIES'
"JOINT MOTION TO EXTEND DISCOVERY AND AMEND SCHEDULING ORDER"**

Pending before the court is the parties' "Joint Motion to Extend Discovery and Amend Scheduling Order," in which the parties seek to extend the time for discovery by an additional sixty days.  During a telephone conference on June 30, 2009, the court expressed concern that only limited discovery has been completed to date.  The court will, however, grant some additional time to complete discovery and, in turn, adjust other scheduling deadlines.  Accordingly,

IT IS ORDERED that the parties' "Joint Motion to Extend Discovery and Amend Scheduling Order" [Dkt. #13] is GRANTED IN PART.  Specifically, the court will grant the parties six additional weeks, until **August 12, 2009**, to complete discovery in this matter.  Any dispositive motion, should any party wish to file one, shall be due on or before **August 21, 2009**.

IT IS FURTHER ORDERED that trial documents, including motions in limine, jury instructions, and the joint final pretrial order – as referenced in the court's February 4, 2009 scheduling order at paragraphs 8, 9, and 10 – shall be due on or before

**November 30, 2009**.  The court will conduct the final pretrial conference, detailed in the scheduling order at paragraph 11, on **December 7, 2009 at 2:30 p.m.**  Finally, this case is assigned to the court's trailing docket for **January/February of 2010**.

                              s/Robert H. Cleland  
                              ROBERT H. CLELAND  
                              UNITED STATES DISTRICT JUDGE

Dated:  July 2, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 2, 2009, by electronic and/or ordinary mail.

                              s/Lisa G. Wagner  
                              Case Manager and Deputy Clerk  
                              (313) 234-5522